**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| MCDONALD'S CORPORATION, *a Delaware Corporation*, | ) ) ) |
| Plaintiff, | ) Civil Action No.4:21-cv-00097-CDL ) |
| v. | ) ) |
| ROGER C. ROSENFELD REVOCABLE TRUST OF 2005 and ROGER C. ROSENFELD, as Trustee, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING CONSENT MOTION FOR BRIEFING SCHEDULE ON DECLARATORY JUDGMENT

Before the Court is a consent motion for entry of a briefing schedule for competing Motions for Declaratory Judgment ("**Consent Motion**"), and responses thereto, filed on June 22, 2021. Upon review of the record and for good cause shown, the Court finds that the Consent Motion should be **GRANTED,** as follows:

   a. On or before June 30, 2021, at 5:00 PM Eastern Standard Time, the Parties shall file separate Motions for Declaratory Judgment; and

   b. On or before July 12, 2021, at 5:00 PM Eastern Standard Time, the Parties shall file separate responses in opposition thereto, which will conclude briefing between the Parties.

The Parties further agree that until such time as the Court issues an order on the forthcoming Motions for Declaratory Judgment, or the Parties otherwise agree in writing:

   a. Defendants agree to not consummate any sale of the subject Premises to any third party;

1

b.  Defendants agree to extend McDonald's deadline to exercise its Right of First Refusal to Purchase the subject Premises, as set forth in Article 27 of the 2009 Amendment; and

c.  The Parties agree to otherwise continue to comply with all terms of the Ground Lease.

**SO ORDERED** this  23rd  day of June            , 2021.

                              S/Clay D. Land
_____
CLAY D. LAND, UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA